An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

INCORPORATE-US.COM, LLC, A NEVADA LIMITED LIABILITY COMPANY; GLOBAL CONNECTION, LTD., A NEW MEXICO LIMITED LIABILITY COMPANY; AND BEVERLY TEICHGRAEBER, AN INDIVIDUAL,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE CONNIE J. STEINHEIMER, DISTRICT JUDGE,
Respondents,
and
RAUL HERNANDEZ; MARIANE HERNANDEZ; RAMON GUERRERO; TIMOTHY BURKE; ELLA KANCYLAR; EFRAIN SANDOVAL; VANESSA SANDOVAL; FRANCISCO JACINTO-LARA; GLORIA SANCHEZ DE JACINTO; DEMECIO JACINTO; MARTINA JACINTO; NORMA JACINTO ESTRADA; SALVADOR HERNANDEZ; RITA MARTYNAITIENE; VYTAUTAS MARTYNAITIS; AND MARIA MADERA,
Real Parties in Interest.

No. 67114

FILED

APR 1 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

ORDER DENYING PETITION FOR
WRIT OF MANDAMUS OR PROHIBITION

Having considered this original petition for a writ of mandamus or prohibition challenging the proceedings leading up to the entry of a judgment against petitioners as garnishee defendants, we conclude that petitioners have not met their burden of demonstrating that

15-11547

our extraordinary intervention is warranted as they have an adequate legal remedy in the form of an appeal from the final judgment in the garnishee proceeding.[1] NRS 34.160; NRS 34.330; NRS 31.460; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224-25, 228, 88 P.3d 840, 841, 844 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief and that writ relief is not available to correct an untimely appeal); *Frank Settelmeyer & Sons, Inc. v. Smith & Harmer, Ltd.*, 124 Nev. 1206, 1214, 197 P.3d 1051, 1057 (2008) (explaining that "a judgment in favor of or against the garnishee defendant constitutes the final judgment in the garnishee proceeding, which may be appealed by an aggrieved party under NRAP 3A(a) and (b)(1)"); NRAP 21(b)(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Connie J. Steinheimer, District Judge
Clifton J. Young
Fahrendorf, Viloria, Oliphant & Oster, LLP
Doyle Law Office, PLLC
Washoe District Court Clerk

---

[1]While petitioners titled their petition a "petition for writ of mandamus or prohibition & protective notice of appeal," notices of appeal must be filed in the district court. NRAP 3(a)(1).